# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LONNIE LASENBBY,<br><br>          Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, FRANK DAVISON, and DOES I through V, and ROE COMPANIES I through V, inclusive,<br><br>          Defendants. | Case No.  2:13-cv-02338-JAD-VCF<br><br>**ORDER re: Doc. 51** |

On December 11, 2014, I held a hearing on Plaintiff Lonnie Lasenbby and defendant State Farm Fire and Casualty Company's cross-motions for summary judgment. Docs. 21, 31. At that time, I granted State Farm's motion and denied Lasenbby's motion. Doc. 50 (minutes). On December 17, 2014, Lasenbby objected to my ruling on his motion. Doc. 51. On January 27, 2015, I entered an order summarizing my oral rulings, and directed the Clerk of Court to enter judgment accordingly. Doc. 56. That day, the clerk entered judgment in favor of State Farm and against Lasenbby. Doc. 57. Thereafter, on February 2, 2015, Lasenbby re-urged his objections to my oral ruling, subsequent written opinion, and clerk's judgment. Doc. 58. Upon comparison of Docs. 51 and 58, I find the arguments raised are the same, and that Lasenbby's filing at Doc. 58 was meant to supersede Doc. 51.

Accordingly, it is HEREBY ORDERED that Lasenbby's Motion for Reconsideration **[Doc. 51] is DENIED AS MOOT**.

Dated: February 10, 2015.

_____
Jennifer Dorsey
United States District Judge